

FILED

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0263

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0263

IN THE MATTER OF AN APPOINTMENT TO THE
COMMISSION ON COURTS OF LIMITED
JURISDICTION

ORDER

FILED

DEC 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On December 31, 2022, the Honorable Heidi J. Ulbricht will resign her position as the District Court Judge member of the Commission on Courts of Limited Jurisdiction.

The Court thanks Judge Ulbricht for her service to the Commission, the Court, and the people of Montana.

The Honorable David Grubich has expressed interest in an appointment as a member of the Commission. Therefore, with the consent of the appointee,

IT IS ORDERED that the Honorable David Grubich is appointed as the District Court Judge member of the Commission on Courts of Limited Jurisdiction to a term of four years, expiring on December 31, 2026.

The Clerk is directed to provide a copy of this Order to the Honorable Heidi J. Ulbricht, the Honorable David Grubich, each member of the Commission on Courts of Limited Jurisdiction, Judicial Educator Shauna Ryan, and the State Bar of Montana.

DATED this 20 day of December, 2022.

_____
Chief Justice

 

_____

_____

_____

_____

Justices